UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY DARIA,<br>　　　　Plaintiff,<br>　　v.<br>KATHLEEN HURLY, et al.,<br>　　　　Defendants. | Case No.  15-cv-00970-DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　　The Case Management Conference previously scheduled for June 3, 2015 has been VACATED.  The court will re-set the Case Management Conference at a future date.

**IT IS SO ORDERED.**

Dated: May 27, 2015



Donna M. Ryu
United States Magistrate Judge